THE ATTORNEY GENERAL.
AUSTIN 11, TEXAS



Grover Sellers
XXXXXXXXXXXXXXX
ATTORNEY GENERAL

Hon. T. R. Johnston
County Attorney
Reagan County
Big Lake, Texas

Opinion No. O-5973
Re: Whether bonus and rental from oil
and gas leases on county school lands
belong to permanent or available school
fund.

Dear Sir:

We acknowledge receipt of your letter submitting the
following statement and asking the following question:

"STATEMENT - Reagan County has leased 708.48 acres
of land belonging to the Permanent School Fund of the
County for oil and gas for a consideration of $2,167.95
bonus and $1.00 per year delay rentals.

"QUESTION - Does the bonus from an oil and gas
lease on land belonging to the Permanent School Fund
belong in the permanent or available school fund? Does
the delay rentals under a lease of land belonging to the
Permanent School Fund of a County go to the permanent or
available school fund?"

Our answer is that both the bonus and rentals from the
oil and gas lease on County school land must be deposited in the
Permanent School Fund.

For a further discussion of the question and citation
of authorities, see our Opinion No. O-4933, approved November 7,
1942, copy of which is attached.

Yours very truly

APPROVED APR 24, 1944
/s/ Geo. P. Blackburn
(Acting) ATTORNEY GENERAL
OF TEXAS

ATTORNEY GENERAL OF TEXAS

By /s/ Fagan Dickson
Fagan Dickson, Assistant

APPROVED: OPINION COMMITTEE
BY:      BWB, CHAIRMAN

FD:BT:wb